■ CARMEN SILVA, Appellant, v A. A. TRUCK RENTING CORPORATION et al., Respondents.—Order, Supreme Court, Bronx County, entered on June 7, 1979, unanimously affirmed, without costs and without disbursements, and without prejudice to an application in Trial Court for an apportionment of attorneys' fees and expenses. (See Workers' Compensation Law, § 29, subd 1.) No opinion. Concur—Kupferman, J. P., Birns, Fein, Sandler and Silverman, JJ.

■ NOUROLLAH ELGHANAYAN, Respondent, v ICC EXPORT, INC., Appellant, et al., Defendant.—Order, Supreme Court, New York County, entered on September 6, 1979, and judgment entered thereon on September 12, 1979, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of these appeals. Appeal from the order, Supreme Court, New York County (Klein, J.), entered on January 10, 1980 is dismissed as from a nonappealable order, without costs and without disbursements. No opinion. Concur—Ross, J. P., Markewich, Lupiano, Bloom and Carro, JJ.

■ In the Matter of MARCIE SHREWSBURY, Petitioner, v THOMAS PUBLISHING COMPANY et al., Respondents.—Order, of the State Human Rights Appeal Board dated July 9, 1979, unanimously vacated, on the law, and the determination of the State Division of Human Rights that there was no probable cause that respondent Thomas Publishing Company had engaged in unlawful discriminatory practices is confirmed on the merits, without costs and without disbursements (Matter of Callaghan v State Div. of Human Rights, 72 AD2d 679). No opinion. Concur—Kupferman, J. P., Fein, Lupiano, Bloom and Carro, JJ.

■ In the Matter of ZVI LAZAR, Petitioner, v NATHANIEL T. HELMAN, Respondent.—Application unanimously denied, and the petition dismissed as frivolous. Respondent shall recover of petitioner $75 costs and disbursements of this proceeding. No opinion. Concur—Fein, J. P., Sullivan, Lupiano, Silverman and Bloom, JJ.